**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FREDRICK FISHER,

    Plaintiff,

v.                                          Case No. 04-CV-72102

GEORGE PRAMSTALLER, et al.,

    Defendants.
                                               /

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION
TO "STAY APPEAL"**

On July 17, 2008, the court entered a judgment against Plaintiff. On August 1, 2008, Plaintiff filed a notice of appeal. The court entered a "Notice of Failure to Comply with Appeal Filing Fee Requirement" on August 8, 2008, giving Plaintiff thirty days to file the required documents. Plaintiff did not file the required documents, and on September 24, 2008, the Sixth Circuit issued an order dismissing Plaintiff's appeal for want of prosecution.

Before the issuance of the dismissal, Plaintiff filed a motion to stay his appeal on September 15, 2008. Because Plaintiff's appeal was dismissed by the Sixth Circuit on September 24, 2008,

IT IS ORDERED that Plaintiff's motion to "Stay Appeal Proceedings in the Above Cause of Action for the Reasons Stated Below" [Dkt. # 109] is DENIED AS MOOT.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 1, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 1, 2008, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522